# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

CASE NO. 5:22-CV-43-D

TERRY DENNY GREENE,                )
                                   )
                    Plaintiff,     )
                                   )
           v.                      )        **STIPULATION OF DISMISSAL**
                                   )        **WITHOUT PREJUDICE**
GLOCK, INC., GLOCK Ges.m.b.H.,     )
GANDER MOUNTAIN COMPANY,           )
INC., and, GANDER MOUNTAIN, INC.,  )
                    Defendants.    )
_____)

   Plaintiff Terry Denny Greene and Defendant Glock, Inc. hereby stipulate under Federal

Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all

claims and causes of action against the only remaining party, Glock Inc.


   **-THIS SPACE INTENTIONALLY LEFT BLANK-**

This the 6th day of October, 2022.

Respectfully Submitted,

**WOMBLE BOND DICKINSON (US) LLP**
/s/ Frederick W. Rom
Frederick W. Rom (N.C. Bar No. 26675)
Alexander J. Buckley (N.C. Bar No. 53403)
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: frederick.rom@wbd-us.com
          alex.buckley@wbd-us.com

- and –

**RENZULLI LAW FIRM, LLP**
Christopher Renzulli (Pro Hac Vice)
Andrew Baginski (Pro Hac Vice)
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: 914-285-0700
Facsimile: 914-285-1213
Email: crenzulli@renzullilaw.com
          abaginski@renzullilaw.com

*Attorneys for Defendant Glock Inc.*

**THE MICHAEL PORTER LAW FIRM**

/s/ Michael R. Porter
**Michael R. Porter**
N.C. State Bar No.: 37000
The Michael Porter Law Firm
Attorney for Plaintiff
5851 Ramsey Street
Fayetteville, NC 28311
Phone - (910)-339-3131
Fax - (910)-339-3132
Michael@michaelporterlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 6th, 2022, he filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael Porter
MICHAEL PORTER LAW
5851 Ramsey Street
Fayetteville, North Carolina 27601
Telephone:  910-339-3131
Facsimile:   910-339-3132
Email:  michael@michaelporterlaw.com

*Attorneys for Plaintiff*

    /s/ Frederick Rom
Frederick W. Rom (N.C. Bar No. 26675)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC  27601
Telephone:  (919) 755-2100
Facsimile:   (919) 755-2150
Email:  frederick.rom@wbd-us.com